**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 04-30050-02** |
| **VERSUS** | * | **JUDGE JAMES** |
| **WILLIAM KENNEDY** | * | **MAGISTRATE JUDGE HAYES** |

### REPORT AND RECOMMENDATION

Before the undersigned Magistrate Judge, on reference from the District Court, is a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. §2255 filed by defendant William Kennedy (Document No. 167). For reasons stated below, it is recommended that the motion be **DISMISSED WITHOUT PREJUDICE.**

### Facts and Procedural History

Defendant filed this motion on November 3, 2006, seeking to vacate, correct, or reduce his sentence. A review of the record shows that, pursuant to an order of this court extending his time for filing an appeal (Document No. 153) defendant timely appealed his sentence on November 3, 2006 (Document No. 165). That appeal is still pending.

In view of the pending direct appeal, defendant William Kennedy's § 2255 motion is not entitled to consideration on the merits. *Welsh v. United States*, 404 F.2d 333 (5th Cir. 1968), *abrogated on other grounds, United States v. Ortega,* 859 F.2d 327, 334 (5th Cir.1988); *Jones v. U.S.,* 453 F.2d 351, *352 (C.A.5, 1972); U.S. v. Fantozzi,* 90 Fed.Appx. 73, *74, 2004 WL 524676, **1 (5th Cir.(Tex. (C.A.5 (Tex.),2004). As the court noted in *Welsh,* "[a] motion to vacate sentence under 28 U.S.C. § 2255 will not be entertained during the pendency of a direct

appeal, inasmuch as the disposition of the appeal may render the motion moot." *Welsh,* 404 F.2d at 333. It is therefore recommended that the motion filed by defendant William Kennedy be **DISMISSED WITHOUT PREJUDICE.**

Under the provisions of 28 U.S.C. §636(b)(1)(c) and F.R.C.P. Rule 72(b), the parties have **ten (10) business days** from service of this Report and Recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within **ten (10) business days** after being served with a copy thereof. A courtesy copy of any objection or response or request for extension of time shall be furnished to the District Judge at the time of filing. Timely objections will be considered by the District Judge before he makes a final ruling.

**A PARTY'S FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN TEN (10) BUSINESS DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY, EXCEPT ON GROUNDS OF PLAIN ERROR, FROM ATTACKING ON APPEAL THE UNOBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT JUDGE.**

THUS DONE AND SIGNED at Monroe, Louisiana, this 15th day of December, 2006.

KAREN L. HAYES
U. S. MAGISTRATE JUDGE