
RECEIVED
IN MONROE, LA

FEB 0 8 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

04-30050-02

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 02-30050-02 |
| VERSUS | * | JUDGE JAMES |
| WILLIAM KENNEDY | * | MAGISTRATE JUDGE HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered,

together with the written objections thereto filed with this Court, and, after a de novo review of

the record, finding that the Magistrate Judge's Report and Recommendation is correct and that

judgment herein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion to Vacate,

Set Aside, or Correct Sentence, filed by defendant William Kennedy (Document No. 167) be

**DISMISSED WITHOUT PREJUDICE.**

THUS DONE AND SIGNED this 8 day of February , 2007, in

Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION